UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
JOSEPH A. FERRARA, SR., FRANK H. FINKEL, :
MARC HERBST, DENISE RICHARDSON, :
THOMAS F. CORBETT, ANTHONY D'AQUILA, :
THOMAS GESUALDI, LOUIS BISIGNANO, :   Civil Action No.: 11-cv-00813
MICHAEL O'TOOLE, and ANTHONY PIROZZI, :   (ERK)(VVP)
as Trustees and Fiduciaries of the Local 282 :
Pension Trust Fund, :
:
      Plaintiffs, :
 - against - :
:
MTCC CORP., METRO-TECH CONTRACTING :
CORP., D&K REALTY, MTEK CONTRACTING :
LLC, JOSEPH PAVONE, LEWIS VISCONTI, :
1475 E 222 St., LLC, and METRO-TECH :
INDUSTRIES CORP., :
:
      Defendants. :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012 I caused a true and correct copy of the Second Amended Complaint filed March 6, 2012 to be served upon MTCC Corp., Metro-Tech Contracting Corp., and Joseph Pavone via ECF on their attorney, Richard Ziskin.

Dated: March 7, 2012

              /s/ Tzvi N. Mackson
              Tzvi N. Mackson
              COHEN, WEISS and SIMON LLP
              330 West 42nd Street
              New York, New York 10036
              (212) 563-4100

              *Attorneys for Plaintiffs*